No. 67908.—Toyo Rug. Co., Ltd. *v.* United States, protest 61/21191 (Los Angeles).

Opinion by RAO, J. In accordance with oral stipulation of counsel that the merchandise consists of floor coverings in chief value of wool, valued at not more than 40 cents per square foot, the claim of the plaintiff was sustained.